# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SHERMAINE MILES, | ) |
| | ) |
| Plaintiff, | ) **Case No.: 1:14-cv-2283** |
| v. | ) |
| | ) |
| PORTFOLIO RECOVERY | ) **NOTICE OF SETTLEMENT** |
| ASSOCIATES, LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

PLEASE TAKE NOTICE that the parties have settled this action. Dispositional documents will be filed within sixty (60) calendar days.

Date: June 13, 2014          /s/ Amy L. Bennecoff
                                          Amy L. Bennecoff, Esquire
                                          Kimmel & Silverman, P.C.
                                          30 East Butler Pike
                                          Ambler, PA 19002
                                          Phone: (215) 540-8888
                                          Fax: (215) 540-8817
                                          Email: abennecoff@creditlaw.com
                                          Attorney for the Plaintiff

<u>CERTIFICATE OF SERVICE</u>

Filed electronically on this 13th day of June 2014, with:

United States District Court CM/ECF system

Notification sent by U.S. mail on this 13th day of June 2014, to:

Keith S. McGurgan, Esq.
Portfolio Recovery Associates
140 Corporate Boulevard
Norfolk, VA 23502

By: <u>/s/ Amy L. Bennecoff</u>
Amy L. Bennecoff
Kimmel & Silverman, P.C.
Attorney for Plaintiff

NOTICE OF SETTLEMENT