**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| SHERMAINE MILES, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>PORTFOLIO RECOVERY ASSOCIATES, )<br>LLC, )<br>)<br>Defendant )<br>) | **Case No.: 1:14-cv-2283** |

**NOTICE OF VOLUNTARY DISMISSAL**

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses his Complaint with prejudice.

Dated: June 30, 2014  BY: */s/ Amy L. Bennecoff*
Amy L. Bennecoff, Esquire
Kimmel & Silverman, P.C
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (215) 540-8817
Email: abennecoff@creditlaw.com
Attorney for Plaintiff

## Certificate of Service

I hereby certify that on this 30th day of June, 2014, a true and correct copy of the foregoing pleading served via mail to the below:

Keith S. McGurgan, Esq.
Portfolio Recovery Associates
140 Corporate Boulevard
Norfolk, VA 23502

> /s/ Amy L. Bennecoff
> Amy L. Bennecoff, Esquire
> Kimmel & Silverman, P.C
> 30 East Butler Pike
> Ambler, PA 19002
> Phone: (215) 540-8888
> Facsimile: (215) 540-8817
> Email: abennecoff@creditlaw.com
> Attorney for Plaintiff